HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB, State Bar No. 65955
GREGORY J. SOWDER, State Bar No. 196158
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222

Attorneys for FIDELITY SECURITY LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 HEALTH & WELFARE TRUST FUND; VICTOR UNO and DON CAMPBELL, in their capacities as Trustees of the LOCAL 595 HEALTH & WELFARE TRUST FUND, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY SECURITY LIFE INSURANCE COMPANY; and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO. 3:05-cv-00762-SI <br><br> The Hon. Susan Illston <br> Courtroom. 10 <br><br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

IT IS HEREBY STIPULATED by and between plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 HEALTH & WELFARE TRUST FUND; VICTOR UNO and DON CAMPBELL, in their capacities as Trustees of the LOCAL 595 HEALTH & WELFARE TRUST FUND and defendant FIDELITY SECURITY LIFE INSURANCE COMPANY, through their respective counsel of record as follows:

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

1       1       The parties submitted on June 10, 2005 an ADR stipulation selecting
2  the Court's  Early Neutral Evaluation program.  The parties have since agreed and
3  request to be taken out of this program.

4

5       2.      The parties agree to resolve this matter in private binding arbitration
6  applying California law, using Alternative Dispute Resolution, Inc., and agree to
7  abide by the rules of Alternative Dispute Resolution, Inc.

8

9       3.      Pursuant to Local Rule 7.7(e), FIDELITY SECURITY LIFE
10  INSURANCE COMPANY withdraws its Motion to Dismiss Plaintiffs' Complaint
11  under Federal Rule of Civil Procedure 12(b)(6).  However, if the parties are unable
12  to resolve this matter in arbitration, FIDELITY SECURITY LIFE INSURANCE
13  COMPANY reserves the right to file its Motion to Dismiss at a later date.

14

15      4.      The initial case management conference shall be continued from June
16  24, 2005 until September 23, 2005.  The case management statement shall be due
17  on September 16, 2005.

18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1      5.    The deadline to file the Federal Rule of Civil Procedure, Rule 26 initial

2  disclosures and Rule 26(f) report is suspended pending the outcome of arbitration.

3

4  DATED: June  5, 2005              LEONARD CARDER, LLP

5

6                                    By:         /s/

7                                      PHILIP C. MONRAD
                                    Attorneys for Plaintiffs,

8                                      INTERNATIONAL
                                    BROTHERHOOD OF

9                                      ELECTRICAL WORKERS
                                    LOCAL 595 HEALTH &

10                                      WELFARE TRUST FUND;
                                    VICTOR UNO and DON

11                                      CAMPBELL, in their capacities
                                    as Trustees of the LOCAL 595

12                                      HEALTH & WELFARE
                                    TRUST FUND

13

14  DATED: June  5, 2005              HARRINGTON, FOXX, DUBROW &

15                                      CANTER, LLP

16

17                                    By:         /s/

18                                      DALE B. GOLDFARB
                                    Attorneys for Defendant,

19                                      FIDELITY LIFE INSURANCE
                                    COMPANY

20

21                                         **ORDER**

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED

24

25  DATED:  June     , 2005

26                                  U.S.

27

28



IT IS SO ORDERED

Judge Susan Illston

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222