1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   DALE B. GOLDFARB, State Bar No. 65955
2  1055 West Seventh Street, 29th Floor
   Los Angeles, California 90017-2547
3  Telephone (213) 489-3222

4

5  Attorneys for FIDELITY SECURITY LIFE
   INSURANCE COMPANY

6

7

8           UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 INTERNATIONAL BROTHERHOOD      ) CASE NO. 3:05-cv-00762-SI
   OF ELECTRICAL WORKERS LOCAL    )
12 595 HEALTH & WELFARE TRUST     ) The Hon. Susan Illston
   FUND; VICTOR UNO and DON       ) Courtroom. 10
13 CAMPBELL, in their capacities as )
   Trustees of the LOCAL 595 HEALTH & ) **STIPULATION AND ORDER**
14 WELFARE TRUST FUND,            ) **DISMISSING COMPLAINT WITH**
                                  ) **WITH PREJUDICE**
15           Plaintiff,           )
                                  )
16      v.                        )
                                  )
17 FIDELITY SECURITY LIFE         )
   INSURANCE COMPANY; and DOES    )
18 1-10, inclusive,               )
                                  )
19           Defendant.           )
                                  )
20                                )
                                  )
21 _____

22

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

F:\CASE\FSL.2638\PLEADINGS\Settlement & Release\Stipulation of Dismissal.wpd                -1-

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action that the entire action be and hereby is discharged and dismissed, with prejudice, pursuant to FRCP 41(a)(1), and that all parties shall bear their own attorney fees and costs. This dismissal with prejudice encompasses any and all claims, demands, causes of action asserted (or which could be asserted) against Fidelity in this action, or arise out of the subject matter of this action, including but not limited to those claims brought by: (1) Claudia Colburn; (2) William Havoy; (3) William Yarber; (4) Winford Reed; (5) Robert Shannon; (6) Juanita Sanders; (7) Joyce McGarity; (8) Alice Long; (9) David Stason; and (10) Jeff Crane.

DATED: January 17, 2006    LEONARD CARDER, LLP

By: _____
PETER W. SALTZMAN
Attorneys for Plaintiffs, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 595 HEALTH & WELFARE TRUST FUND; VICTOR UNO and DON CAMPBELL, in their capacities as Trustees of the LOCAL 595 HEALTH & WELFARE TRUST FUND

DATED: January 17, 2006    HARRINGTON, FOXX, DUBROW & CANTER

By: Dale Goldfarb (PWS)
DALE B. GOLDFARB
Attorneys for Defendant, FIDELITY SECURITY LIFE INSURANCE COMPANY

**ORDER**

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated: _____, 2006

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT JUDGE

F:\CASE\FSL.2638\PLEADINGS\Settlement & Release\Stipulation of Dismissal.wpd

STIPULATION OF DISMISSAL

-2-